848

No. 135, Misc.  WILLIAMS *v*. NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 137, Misc.  MEYERS *v*. RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 140, Misc.  WILDE *v*. CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 141, Misc.  SKENE *v*. RAGEN, WARDEN.  Circuit Court of Kane County, Illinois.  Certiorari denied.

No. 142, Misc.  RICHARDSON *v*. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 143, Misc.  O'BRIEN *v*. MAYO, CUSTODIAN.  Supreme Court of Florida.  Certiorari denied.